IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PENNY BEASLEY, individually and on behalf of others similarly situated, et al.,<br><br>  Plaintiffs,<br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC, et al.,<br><br>  Defendants. | No. 25-00222-CV-W-BP |

**CLERK'S ORDER OF DISMISSAL**

On the 4th day of November 2025, a Plaintiffs' Notice of Voluntary Dismissal of was filed herein,

IT IS ORDERED that the Plaintiffs, individually and on behalf of all other similarly situated, hereby dismisses their action against Southeast Series of Lockton Companies, LLC, et al. without prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date:  November 12, 2025